IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HERVEY NUNEZ AND CLAUDIA NUNEZ, BOTH INDIVIDUALLY AND AS NEXT FRIENDS OF B.N.<br><br>Plaintiffs<br><br>v.<br><br>LOAD STAR LOGISTICS, LLC AND VITALIE LUKIANOV<br><br>Defendants | § § § § § § § § § § § § § | CIVIL ACTION NO. 1:18-cv-00179 |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, HERVEY NUNEZ AND CLAUDIA NUNEZ, BOTH INDIVIDUALLY AND AS NEXT FRIENDS OF B.N., hereby file this Agreed Stipulation of Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiffs and Defendants have agreed to refile this matter in state court.

Respectfully submitted,

Law Office of Matthew S. Norris PLLC

By:_____
Matthew S. Norris
TBA No. 24076881
6243 IH-10 West, Suite 1010
San Antonio, Texas 78201
Ph. (210) 549-7633
Fax (210) 446-4482
matt@mattthewnorrislaw.com
ATTORNEY FOR PLAINTIFFS

ADAMI, SHUFFIELD, SCHEIHING &
BURNS, P.C.
SWBC Plaza, Suite 900
9311 San Pedro
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile:  (210) 344-7228

By _____
George C. Burns
bburns@adamilaw.com
SBN: 03444500
ATTORNEYS FOR LOAD STAR
LOGISTICS, LLC AND VITALIE
LUKIANOV

2