IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HERVEY NUNEZ AND CLAUDIA NUNEZ, *Individually and as next friends of B.N.*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:18-CV-179-RP |
| LOAD STAR LOGISTICS, LLC; and VITALIE LUKIANOV, | § § § § | |
| Defendants. | § § | |

# FINAL JUDGMENT

On March 1, 2019, Plaintiffs dismissed all claims against Defendants pursuant to Federal Rule of Civil Procedure 41. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on March 5, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE